■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS PRICE, Appellant. [954 NYS2d 889]—

Contrary to the People's contention, the defendant's present challenge to the showup identification procedure as unduly suggestive was preserved by the issues raised at the pretrial suppression hearing (*see People v Ortiz*, 90 NY2d 533, 537 [1997]; *People v Chipp*, 75 NY2d 327, 335 [1990], *cert denied* 498 US 833 [1990]; *People v Berry*, 50 AD3d 1047, 1048 [2008]). However, the defendant's contention that the showup identification procedure was unduly suggestive is without merit (*see People v Lopez*, 93 AD3d 808, 809 [2012]; *People v Mais*, 71 AD3d 1163, 1165 [2010]; *People v Parris*, 70 AD3d 725, 726 [2010]; *People v Berry*, 50 AD3d at 1048; *People v Guy*, 47 AD3d 643, 643 [2008]; *People v Samuels*, 39 AD3d 569, 570 [2007]; *People v Leon*, 265 AD2d 344, 345 [1999]). Mastro, J.P., Lott, Roman and Cohen, JJ., concur.